# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Donald Anthony Gilliard, #88323-071, ) | |
| ) | Civil Action No. 9:06-112-SB |
| Petitioner, ) | |
| ) | **ORDER** |
| -vs- ) | |
| ) | |
| Ruth Yancey, Warden, Williamsburg ) | |
| Federal Correctional Institution, ) | |
| ) | |
| Defendant. ) | |



This matter is before the Court on the pro se Petitioner's request for writ of habeas corpus, pursuant to 28 U.S.C. § 2241. By local rule, the action was referred to United States Magistrate Judge George C. Kosko for initial review.

On February 23, 2006, the Magistrate Judge issued a report analyzing the issues and recommending that this action be dismissed without prejudice and without issuance or service of process. Attached to the report was a notice advising the Petitioner that he had ten days in which to file specific, written objections. To date, no such objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a magistrate judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, since objections were not filed, there are no portions of the report and recommendation to which a de novo review must be conducted. Accordingly, the Magistrate Judge's report and recommendation is hereby adopted as the order of this Court, and it is

ORDERED that this action is dismissed without prejudice and without issuance or service of process.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

March 20, 2006
Charleston, S.C.